1  BRUCE A. KILDAY, S.B. #66415
    Email: bkilday@akk-law.com
2  KRISTIN A. BLOCHER, S.B. #283730
    Email: kblocher@akk-law.com
3  **ANGELO, KILDAY & KILDUFF, LLP**
4  Attorneys at Law
   601 University Avenue, Suite 150
5  Sacramento, CA  95825
   Telephone:  (916) 564-6100
6  Telecopier:  (916) 564-6263

7
   Attorneys for Defendant CITY OF MARYSVILLE
8

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIGITTE RAELYNN BUTCHER, et al., | Case No.: 2:18-cv-02765-JAM-CKD |
| Plaintiffs, | **DEFENDANT CITY OF MARYSVILLE'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' COMPLAINT** |
| vs. | |
| CITY OF MARYSVILLE, et al. | DATE:  **January 22, 2019** |
| Defendants. | TIME:  **1:30 P.M.** |
| | DEPT:  **6, 14th Floor** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on January 22, 2019 at 1:30 p.m., or as soon thereafter as the matter may be heard in Courtroom 6, of the  United States District Courthouse located at 501 I Street, Sacramento, California.  Defendant CITY OF MARYSVILLE will move, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for an order dismissing Plaintiffs' BRIGITTE RAELYNN BUTCHER, BILLY JOHN REID, JOLENE ANN REID, SUSAN EXTEIN, STANLEY EXTEIN, MICHAEL ELLIOT, CRYSTAL MOTLEY, DICK VEIT, DENNIS OWENS, DERECK DEMPSEY, CARRIE ANTRAPP, WILBUR BARTHOLOMEW, ANNETTE SKEEN, individually and on behalf of themselves and all others similarly situated

and MARYSVILLE HOMELESS UNION, CALIFORNIA HOMELESS UNION/STATEWIDE ORGANIZING COUNCIL Complaint.

The Rule 12(b)(6) motion will be made on the grounds the Complaint fails to state a legally cognizable claim because:

1. Plaintiffs fail to show the existence of an agreement to commit a wrongful act to support their claim for conspiracy;

2. Plaintiffs fail to allege facts to support an eighth amendment claim for cruel and unusual punishment as they were neither convicted of nor punished for any crime;

3. Any seizure of Plaintiffs' belongings was not unreasonable due to probable cause or exigent circumstances;

4. Plaintiffs fail to allege facts to support a claim for denial of due process;

5. There is no denial of equal protection as homeless individuals are not a protected class;

6. Plaintiffs fail to allege facts to support a claim for violation of free speech under federal or state law theories;

7. All state law claims must be dismissed for failure to comply with the Tort Claims Act:

    a. Plaintiffs did not timely submit a claim to the City;

    b. Plaintiffs did not allege compliance with Tort Claims Act;

8. In the event the Court does not dismiss Plaintiffs' state law claims for failure to comply with the Tort Claims Act, each state law claim should be dismissed for failure to allege sufficient supporting facts;

9. Plaintiffs fail to allege facts to support allegations of FEHA and ADA violations;

10. The Court should decline supplemental jurisdiction over the state law claims in the interest of economy, convenience, fairness, and comity;

11. Injunctive relief is improper.

This motion will be based on this Notice of Motion, the Memorandum of Points and Authorities in support thereof, as well as the complete files and records in this action and on any

1  such other matters as may be presented at or before the time of the hearing.

2      This motion is made following the attempted conference and subsequent written meet and
3  confer of counsel pursuant to the Court's standing order which took place on October 30, 2018
4  and October 31, 2018.

6  Dated: November 5, 2018                ANGELO, KILDAY & KILDUFF, LLP

7                                            */s/ Kristin A. Blocher*
8                          By:_____
                              BRUCE A. KILDAY
9                                KRISTIN A. BLOCHER
                              Attorneys for Defendant CITY OF
10                               MARYSVILLE