BRUCE A. KILDAY, S.B. #66415
  Email: bkilday@akk-law.com
KRISTIN A. BLOCHER, S.B. #283730
  Email: kblocher@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendant CITY OF MARYSVILLE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIGITTE RAELYNN BUTCHER, et al., | Case No.: 2:18-cv-02765-JAM-CKD |
| Plaintiffs, | **REQUEST FOR JUDICAL NOTICE IN SUPPORT OF DEFENDANT CITY OF MARYSVILLE'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT** |
| vs. | |
| CITY OF MARYSVILLE, et al. | DATE:  **January 22, 2019** |
| Defendants. | TIME:  **1:30 P.M.** |
| | DEPT:  **6, 14th Floor** |

Pursuant to Federal Rule of Evidence 201(b), the Court shall take notice, when requested and provided with sufficient information, of facts that are not subject to reasonable dispute because they are "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned."

The Court may take judicial notice of court filings and other matters of public record. *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006).  The Court may consider these filings to determine whether any of Plaintiff's claims are barred by res judicata. *See, Quinto v. JP Morgan Chase Bank*, No. 11-CV-02920, 2011 WL 6002599, at *5 (N.D. Cal. Nov. 30, 2011) (taking judicial notice of prior judgment and other court records to

1 determine whether to grant a motion to dismiss on res judicata grounds).  Such public records are
2 properly considered regarding a motion to dismiss under Fed. R. Civ. P. 12(b)(6).  *Mir v. Little*
3 *Co. of Mary Hospital*, 844 F.2d 646, 649 (9th Cir. 1988).
4       Defendant CITY OF MARYSVILLE respectfully requests that the court take judicial
5 notice of:
6     A.    Marysville Municipal Code Ch. 9.65.020, attached hereto as **Exhibit A;**
7     B.    Yuba County Ordinance 11.32.060, attached hereto as **Exhibit B.**

Dated:  November 5, 2018        ANGELO, KILDAY & KILDUFF, LLP

                                    */s/ Kristin A. Blocher*
By:_____
   BRUCE A. KILDAY
   KRISTIN A. BLOCHER
   Attorneys for Defendant CITY OF
   MARYSVILLE

EXHIBIT A

## Chapter 9.65
## CAMPING ON CERTAIN PROPERTY

9.65.010   Definitions.
9.65.020   Unlawful camping.
9.65.030   Storage of camp facilities and camp paraphernalia.
9.65.040   Exceptions.
9.65.050   Penalties.

### 9.65.010 Definitions.

(a) "Camp" means to pitch or occupy camp facilities; to use camp paraphernalia.

(b) "Camp facilities" include, but are not limited to, tents, huts, or temporary shelters.

(c) "Camp paraphernalia" includes, but is not limited to, tarpaulins, cots, beds, sleeping bags, hammocks or non-city designated cooking facilities and similar equipment.

(d) "Park" means any city-owned and maintained park or recreation facility that is designated by a sign or signs as such.

(e) "Parking lot" means any area, whether publicly or privately owned, which is routinely used for the parking of motor vehicles by patrons of commercial or public facilities.

(f) "Public area" includes any city-owned property designated by a sign or signs as such, including, but not limited to, city hall and the city corporation yard.

(g) "Store" means to put aside or accumulate for use when needed, to put for safekeeping, to place or leave in a location.

(h) "Street" means any public thoroughfare maintained by the city, the state or the county of Yuba. (Ord. 1210, 1995).

### 9.65.020 Unlawful camping.

It shall be unlawful for any person to camp, occupy camp facilities or use camp paraphernalia in the following areas, except as provided in Section 9.65.040: (a) any park; (b) any street; (c) any parking lot; (d) any public area, improved or unimproved; or (e) any private property without the express permission of the property owner or his/her agent if such use is not otherwise prohibited by this code. (Ord. 1234 (part), 1998; Ord. 1210, 1995).

### 9.65.030 Storage of camp facilities and camp paraphernalia.

It shall be unlawful for any person to store camp facilities and/or camp paraphernalia in the following areas, except as provided in Section 9.65.040: (a) any park; (b) any street; (c) any parking lot; (d) any public area, improved or unimproved, or (e) any private property without the express permission of the property owner or his/her agent if such use is not otherwise prohibited by this code. (Ord. 1234 (part), 1998; Ord. 1210, 1995).

### 9.65.040 Exceptions.

The provisions of this chapter shall not apply:

(a) To any special event for which a special event permit is issued pursuant to the provisions of Chapter 9.04, if such permit includes an authorization which permits camping and/or the storage of camp paraphernalia.

(b) To overnight camping in Beckworth Riverfront Park pursuant to the provisions of Section 16.10.025.

(c) Case 2:18-cv-02765-JAM-CKD Document 4-2 Filed 11/05/18 Page 5 of 8 To individuals who relocate to an area as directed by a peace officer and need comply with rules established for the occupancy of such area. (Ord. 1387 § 1, 2016: Ord. 1210, 1995).

**9.65.050 Penalties.**

(a) Any persons violating the provisions of this chapter, except Section 9.65.020(e) or 9.65.030(e), are guilty of a misdemeanor as defined by state law.

(b) Any persons violating Section 9.65.020(e) or 9.65.030(e), are guilty of an infraction and punishable by a fine of up to two hundred fifty dollars. (Ord. 1234 (part), 1998; Ord. 1210, 1995).

Mobile Version

# EXHIBIT B

- F. **Automobile/Vehicle Washing.** Automobile/vehicle washing facilities are subject to the following standards.

    1. *Washing Facilities.* No building or structure shall be located within 30 feet of any public street or within 20 feet of any interior property line of a residential use or residential district. Washing facilities are subject to drainage and clean water regulations as determined by the Public Works Department.

    2. *Hours of Operation.* When abutting a Residential District, the hours of operation are limited to 8:00 a.m. to 8:00 p.m., seven days a week.

- G. **Service Stations.** Service stations and any other commercial use that includes fuel pumps for retail sales of gasoline are subject to the following standards.

    1. *Pump Islands.* Pump islands shall be located a minimum of 15 feet from any property line to the nearest edge of the pump island. A canopy or roof structure over a pump island may encroach up to 10 feet within this distance.

    2. *Abandonment.* Any service station shall in the case of abandonment or non-operation of the primary use be dismantled and the site cleared within 12 months subsequent to the close of the last business day.

## 11.32.060   Campgrounds

Private campgrounds and RV parks shall be located, developed, and operated in compliance with following standards.

- A. **Unauthorized Camping Prohibited.** It shall be unlawful to place, maintain, use, or occupy any vehicle or temporary structure, such as a tent, lean-to, or other makeshift enclosure for which no building permit has been issued, on any lot of real property for the purpose of camping, dwelling, maintaining, or establishing a temporary or permanent residency except under the following circumstances:

    1. *Properties located outside the Valley Growth Boundary.* Property owners camping on their own real property shall be limited to 14 days within any 60 day period.

        a. Refuse and solid waste shall be properly managed in accordance with the requirements of Environmental Health Department and Chapter 7.05 of the County Code, Removal of Refuse.

        b. Burning of refuse is prohibited.

- B. **Compliance with State Law.** All Campgrounds shall comply with the minimum standards of the Special Occupancy Parks Act (Health and Safety Code Section 18860, et seq.) and the applicable regulations adopted by the Department of Housing and Community Development (Code of Regulations, Title 25, Chapter 2.2) including, but not limited to setback and separation standards, infrastructure requirements, operations, maintenance, and inspections within these facilities.

    1. Organized camps meeting the definition of CA Health and Safety Code, Division 13, Part 2.3, Sections 18897-18897.7; and Title 17, Subchapters 6, Sections 30700-30753 of the California Code of Regulations are subject to regulation by the Environmental Health Department. Permits to operate organized camps along with the associated food facility, public swimming pools and public water systems are issued by the Environmental Health Department.

        Enforcement of building code standards for organized camps will be delegated from the Environmental Health Department to the Building Department.

C. **Minimum Area and Density.** The minimum area of a Campground shall be three acres. A minimum of 50 percent of the total site area shall be left in its natural state or be landscaped. The remaining 50 percent of land is eligible for development. For campgrounds with designated camping areas, each individual campsite or RV space shall be no less than 1,000 square feet. The overnight population per campsite, RV space, or cabin shall not exceed six persons. Occupancy of group sites and cabins will be determined through the Use Permit based on size and location.

D. **Fencing.** A fence, wall, landscaping screen, earth mound or other screening approved by the Planning Director, or otherwise required by this Code, may be required as needed for public safety. Fencing to delineate campground boundaries may also be permitted, but should be of a design consistent with character of the neighborhood.

E. **Access.** Campground access roads shall have clear and unobstructed access to a public roadway. There shall be no direct access from an individual campsite, RV space, or cabin to a public roadway.

F. **Trash Collection Areas.** Trash collection areas shall be adequately distributed and enclosed by a six-foot-high landscape screen, solid wall, or fence that is accessible on one side. Bear- resistant garbage can containers may be required.

G. **Water Supply and Sewage Disposal.** Adequate water supply and/or septic capability is available to serve the project, as determined by the County Department of Environmental Health.

H. **Commercial Use.** Campgrounds may include minor accessory commercial uses such as recreational equipment rental or general stores subject to Use Permit approval.

I. **Length of Stay.** The maximum length of stay in any Campground shall not exceed 21 consecutive days within a 30 day period unless a longer time period is approved through the Use Permit.

J. **Structures and Recreational Facilities.** The following standards apply to structures on the site, apart from the personal residence of the property owner or caretaker:

    1. Structures are limited to: restrooms/showers; clubhouse, which may contain one commercial kitchen facility and be used for minor recreational purposes; and, cabins, yurts, and permanent RV trailers for transient occupancy.

    2. Campgrounds may include minor accessory recreational uses or structures such as but not limited to swimming pools and tennis courts.

## 11.32.070   Caretaker Residences

Caretaker Residences shall be located, developed, and operated in compliance with following standards.

A. **Accessory Use.** A Caretaker Residence is intended for sites that do not allow a single-unit dwelling by right. The caretaker residence must be accessory to a primary use that requires a caretaker for security purposes or for continuous supervision or care of people, plants, animals, equipment, or other conditions on site. See also agricultural labor housing and employee housing.

B. **Number of Units.** A maximum of one Caretaker Residence is permitted per site.

C. **Occupancy.** At least one of the occupants of the Caretaker Residence shall be the owner or lessee, or an employee of the owner or lessee of the site.