BRUCE A. KILDAY, S.B. #66415
  Email: bkilday@akk-law.com
KRISTIN A. BLOCHER, S.B. #283730
  Email: kblocher@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendant CITY OF MARYSVILLE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIGITTE RAELYNN BUTCHER, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF MARYSVILLE, et al.<br><br>Defendants. | Case No.: 2:18-cv-02765-JAM-CKD<br><br>**DECLARATION OF KRISTIN A. BLOHER IN SUPPORT OF DEFENDANT CITY OF MARYSVILLE'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**<br><br>DATE:  January 22, 2019<br>TIME:  1:30 P.M.<br>DEPT:  6, 14th Floor |

I, KRISTIN A. BLOCHER, declare:

1. I am an attorney with the law firm of Angelo, Kilday & Kilduff, LLP, attorneys of record for the Defendant CITY OF MARYSVILLE ("Defendant") in this action and am duly licensed to practice law before all the Courts of the State of California. I am familiar with the pleadings, correspondence, and related proceedings in this case. If called upon, I can testify competently and from personal knowledge to the following:

2. I contacted Plaintiff's attorney, Anthony Prince, on October 30, 2018 indicating the City's intent to file a Motion to Dismiss the instant lawsuit and in an effort to schedule a telephone call by which to meet and confer in compliance with Judge Mendez's Order regarding

1 filing requirements (Dkt. #3-2).

2     3.    Mr. Prince responded the following day stating he was out of town and unavailable until November 7, 2018.

4     4.    Although I had planned to meet and confer by telephone, in light of Mr. Prince's unavailability and in an effort to comply with Judge Mendez's Order regarding filing requirements (Dkt. #3-2), I replied with an e-mail identifying the broad grounds for which the City believes the case should be dismissed. I invited Mr. Prince to advise so that the Parties could narrow the issues presented to the Court. I also noted that, in light of the City's belief the case should be dismissed, I did not have authority to settle the matter at that time.

10     5.    As of the date of this declaration, I have not received a response from Mr. Prince.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 5th day of November 2018, at Sacramento, California.

*/s/ Kristin A. Blocher*

KRISTIN A. BLOCHER