1  BRUCE A. KILDAY, S.B. #66415
      Email:  bkilday@akk-law.com
2  KRISTIN A. BLOCHER, S.B. #283730
      Email:  kblocher@akk-law.com
3  **ANGELO, KILDAY & KILDUFF, LLP**
4  Attorneys at Law
   601 University Avenue, Suite 150
5  Sacramento, CA  95825
6  Telephone:  (916) 564-6100
   Telecopier:  (916) 564-6263

7
8  Attorneys for Defendant CITY OF MARYSVILLE

9
                    UNITED STATES DISTRICT COURT
10
                    EASTERN DISTRICT OF CALIFORNIA
11

12 | BRIGITTE RAELYNN BUTCHER, et al., | ) Case No.: 2:18-cv-02765-JAM-CKD |
13 |                                    | )                                 |
14 |                Plaintiffs,         | ) **DECLARATION OF PERSEPHONIE**   |
   |                                    | ) **RILEY IN SUPPORT OF DEFENDANT**|
15 |        vs.                         | ) **CITY OF MARYSVILLE'S MOTION TO**|
   |                                    | ) **DISMISS PLAINTIFFS' COMPLAINT**|
16 | CITY OF MARYSVILLE, et al.         | )                                 |
17 |                Defendants.         | ) **DATE:**    **January 22, 2019**|
   |                                    | ) **TIME:**    **1:30 P.M.**      |
18 |                                    | ) **DEPT:**    **6, 14th Floor**  |
   |                                    | )                                 |

19

20  I, PERSEPHONIE RILEY, declare:

21      1.    I am the City Clerk for the City of Marysville. (*prior role*)

22      2.    On October 30, 2017, my office received a letter signed by Bryan Brown and

23  believed to be a claim against the City on behalf of a class of approximately 40 individuals.

24  Among the 40 individuals named were Crystal Motley, Mike Elliot [*sic.*], Annette Skeen, Susan

25  Exterin [*sic.*], Stan Exterin [*sic.*], and Dick Viet. A true and correct copy of the letter is attached

26  hereto as **Exhibit A.**

27      3.    On October 31, 2017, my office received a letter signed by Bryan Brown claiming

28  to "follow up" on the letter served the prior day attempting to add several additional names to the

1. class identified in the claim. A true and correct copy of the letter is attached hereto as **Exhibit B**.

4. On November 2, 2017, the City sent a letter, signed by City Manager Walter Munchheimer, to the address identified for correspondence in the claim, stating the claim presented on October 30, 2017 was being returned without action as it was not presented within one year of the date of the event as required by law. A true and correct copy of the letter is attached hereto as **Exhibit C.**

5. On November 2, 2017, the City also sent a letter, signed by City Manager Walter Munchheimer, to the address identified for correspondence in the claim, stating the claim, or addition thereto, presented on October 31, 2017 was being returned without action as it was not presented within one year of the date of the event as required by law. A true and correct copy of the letter is attached hereto as **Exhibit D.**

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 5th day of November 2018, at Marysville, California.

_____
PERSEPHONIE RILEY

# EXHIBIT A

To City counsel of Marysville Calif
on Behalf of a small class of people approxmatly 40 Individuals
On Oct 18-31 2016 you Illegally destroyed 400 tons of personal property with the help of yuba county water agency yuba county, and H & H trenching. You have damaged these People in a group as a plan to make a park, City never told anybody about anything the City Just wiped them off of the face of the planet. Law provideds to those whom property you took that if the Land that was to be used for Public use by City then City is responsible for relocating and compensate any person who was effected by citys action in this matter. The traumatized victims are beginning to appear scared damaged, and broken spirit, selfesteem there will to go on. in any capacity of a normal living. and for this reason among others is the

*STAMP*
TO City hall marysville Calif

RECEIVED
OCT 3 0 2017
By_____

*proof of Notification*

P1

reason that a 6 month filedngs requirement was not met, alone with the amount of people that are in concert with one another should indicate that some degrees of harm was Induced to each of the 40 people that have agreed to the heinous actions that city performed in Oct 18-31 2016.

Furthermore the class is wanting city to Compensate (as a whole) the class in replacement value of personal property and pain and suffering caused by the fraudulent, and personal misconduct. And the Civil Rights of Due process violat starting with neglegence to recklessly endangering Lives. by force. and effect on Oct 18-31 2016.

The Class demands the amount of 2.5 million dollars to be paid in full for this matter to be final and if the classess demands are not met in 30 days the class will take you to Court for a class action suit against the city of marysville Calif. If you have any questions cell (530) 415-8481 Brigitte Butcher "the mayor of homeless" address 6220 mapes way Linda Calif 95901 an Active "Homeless union advocate"

p2

## Class of suit

1.
2.
3. Crysal Mofley
4. Mike Elliot
5. Amanda Moss
6. Willis Waker
7. Annette Skeen
8. Geraldine Morris
9. John Sargent
10. Rosa Brown
11. Melodie Hills
12. Goldia Tombs
13. Sharon reJ
14. Verna & Frank Chandeller
15. Joy Green (Wead)
16. Mike Green
17. John Green
18. Richard P Powell
19. Madona Fry
20. Warren Heath
21. Catrina Garcia
22. Jamon Carter
23. Jeff Barksdale
24. Gail Lilic
25. Marsel Reyes
26. Teresa Gooley
27. Rick Perry
28. Bruce Johnson
29. Debbie Phykitt

24. Diane Vail
25. Scott Thomanson
26. Cory Thomanson
27. Ela May Clark
28. Susan Exterin
29. Stan Exterin

William Young
Berry McCorkel

David Lopez
Shawna Marie Garcia
Dick Viet

p3

all foregoing statements of fact are true to the best of my knowledge and if asked to testify in a court of law to the same. We concur.
(the class)

Prepared by N.C.A.H.U.A.
Northern Calif Active Homeless Union Advocates,

executed: 10/30/2017        Respectfully, Bryan Lee Brown
                             " Homeless Union Representv.

Re BB

✻ MR Brown reserves the right to add on names (as they) at this time are unaware of circumstances surrounding this issue at hand, Amount will not increase ✻ but the totality of the hurt people will be accomidated by the class.

p4

# EXHIBIT B

TO: City Counsel
City of Marysville Calif
City hall Building

Today is Oct 31, 2017, this 2page Conveyence is a follow up to the reserve right to add names to the Class in this Complaint which was served on City of marysville City Counsel Oct 30 2017.

STAMP



*proof of service*

Therfore now is a total of (63) people who have agreed to this action and they are fully aware of this issue at hand. With the help of the "Homeless Union Advocates" will be prepared for any and all actions taken towards this matter.

All statements are true and correct Under Penalty of Perjury

executed on 10/31/2017         Respectfully, Bryanlee Brown

ReBB

Attachment to names that was in the class. Action Complaint served to City Counsel in Marysville Calif at City hall on 10-30-201

Tony Underwood 1
Amber Rose 2
Kimberly Robinson 3
Ryan Sylvia 4
Jeremy Montgomery 5
Walter Horn 6
David Hill 7
Berry Rogers 8
Adam Johnson 9
Reginia Kidder 10
Renee Pillow 11
Carol Saulter 12
Jay Powell 13
Russel Woods 14
Leslie Marquez-York 15
Sherrie Spicer 16
Alexander Nesterov 17
Sadie belle Downard 18
Jodi Sargent 19
Jeremy York 20
Harold Fitzsimmons 21
Daniel Fitzsimmons 22
C.C. Palmer (23) residence

p2

# EXHIBIT C



# CITY OF MARYSVILLE

526 "C" Street • P.O. Box 150 • Marysville, CA 95901 • (530)749-3901 • Fax (530)749-3992

## NOTICE OF RETURN OF CLAIM WITHOUT ACTION

To:  Bryan Lee Brown
     On behalf of Northern California Active Homeless Union Advocates
     c/o Brigitte Butcher
     6220 Mapes Way
     Linda, CA  95901                    Certified Mail:  7016 0600 0000 5149 4043

The claim you presented to the City Clerk of the City of Marysville on October 30, 2017, is being returned without action taken because it was not presented within one year after the event or occurrence as required by law.  See Gov. Code Section 901, 911.2.  Because the claim was not presented within the time allowed by law, no action was taken on the claim.

Your only recourse at this time is to apply without delay to the City of Marysville for leave to present a late claim.  See Sections 911.4 to 912.2, inclusive, and Section 946.6 of the Gov. Code.  Under some circumstances, leave to present a late claim will be granted.  See Section 911.6 of the Gov. Code.

You may seek the advice of an attorney of your choice in connection with this matter.  If you desire to consult an attorney, you should do so immediately.

Date:  November 2, 2017

Sincerely,

Walter K. Munchheimer, City Manager
City of Marysville

## PROOF OF SERVICE BY MAIL

As Marysville City Clerk, I am employed by the City of Marysville. I am over the age of eighteen years and not a party to the claim. My business address is 526 "C" Street, Marysville, CA 95901.

On November 2, 2017, I served the within Notice of Return of Claim Without Action to Bryan Lee Brown, by placing a true copy, enclosed in a sealed envelope by Certified Mail with Return Receipt via First Class mail with postage thereon fully prepaid, in the United States mail at Marysville, California, addressed as follows:

> Bryan Lee Brown
> On behalf of Northern California Active
> Homeless Union Advocates
> c/o Brigitte Butcher
> 6220 Mapes Way
> Linda, CA 95901

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 2, 2017, at Marysville, California.

_____
Billie J. Fangman, City Clerk

# EXHIBIT D



# CITY OF MARYSVILLE

526 "C" Street • P.O. Box 150 • Marysville, CA 95901 • (530)749-3901 • Fax (530)749-3992

## NOTICE OF RETURN OF CLAIM WITHOUT ACTION

To: Bryan Lee Brown
On behalf of Homeless Union Advocates
c/o Brigitte Butcher
6220 Mapes Way
Linda, CA 95901

Certified Mail: 7016 0600 0000 5149 4050

The claim you presented to the City Clerk of the City of Marysville on October 31, 2017, is being returned without action taken because it was not presented within one year after the event or occurrence as required by law. See Gov. Code Section 901, 911.2. Because the claim was not presented within the time allowed by law, no action was taken on the claim.

Your only recourse at this time is to apply without delay to the City of Marysville for leave to present a late claim. See Sections 911.4 to 912.2, inclusive, and Section 946.6 of the Gov. Code. Under some circumstances, leave to present a late claim will be granted. See Section 911.6 of the Gov. Code.

You may seek the advice of an attorney of your choice in connection with this matter. If you desire to consult an attorney, you should do so immediately.

Date: November 2, 2017

Sincerely,

Walter K. Munchheimer, City Manager
City of Marysville

## PROOF OF SERVICE BY MAIL

As Marysville City Clerk, I am employed by the City of Marysville. I am over the age of eighteen years and not a party to the claim. My business address is 526 "C" Street, Marysville, CA 95901.

On November 2, 2017, I served the within Notice of Return of Claim Without Action to Bryan Lee Brown, by placing a true copy, enclosed in a sealed envelope by Certified Mail with Return Receipt via First Class mail with postage thereon fully prepaid, in the United States mail at Marysville, California, addressed as follows:

> Bryan Lee Brown
> On behalf of Homeless Union Advocates
> c/o Brigitte Butcher
> 6220 Mapes Way
> Linda, CA  95901

 I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 2, 2017, at Marysville, California.

_____
Billie J. Fangman, City Clerk