**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN 213301
Alexandra A. Smith, SBN 317224
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants COUNTY OF YUBA, YUBA COUNTY CODE ENFORCEMENT DIVISION, JEREMY STRANG, TRACEY CLARK and CHRIS MONACO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIGITTE RAELYNN BUTCHER; et al., | CASE NO. 2:18-CV-02765-JAM-CKD |
| Plaintiffs, | **ORDER TO STIPULATION TO EXTEND TIME TO YUBA COUNTY DEFENDANTS TO RESPOND TO COMPLAINT** |
| v. | |
| CITY OF MARYSVILLE, a municipal entity; et al., | Complaint: 10/14/2018 |
| Defendants. | |

## ORDER

Having considered the parties' Stipulation and good cause appearing:

**IT IS HEREBY ORDERED** that that date for Defendants COUNTY OF YUBA, YUBA COUNTY CODE ENFORCEMENT DIVISION, JEREMY STRANG, TRACEY CLARK and CHRIS MONACO to respond to the Complaint of Plaintiffs is hereby extended to March 14, 2019.

**IT IS SO ORDERED.**

Dated: 1/7/2019        /s/ John A. Mendez_____
                       HON. JOHN A. MENDEZ
                       United States District Court Judge

{01945159.DOCX}                               1
**[PROPOSED] ORDER TO STIPULATION TO EXTEND TIME TO YUBA COUNTY DEFENDANTS TO RESPOND TO COMPLAINT**