BRUCE A. KILDAY, S.B. #66415
  Email: bkilday@akk-law.com
KRISTIN A. BLOCHER, S.B. #283730
  Email: kblocher@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendant CITY OF MARYSVILLE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIGITTE RAELYNN BUTCHER, et al., | Case No.: 2:18-cv-02765-JAM-CKD |
| Plaintiffs, | **NOTICE OF REMOVAL OF COUNSEL SEAN D. O'DOWD** |
| vs. | |
| CITY OF MARYSVILLE, et al. | |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that effective immediately Sean D. O'Dowd is no longer an attorney with Angelo, Kilday & Kilduff, LLP, and will no longer be counsel of record for Defendant CITY OF MARYSVILLE.  Accordingly, I respectfully request that the Court remove Sean D. O'Dowd's name from the service list in this case.

Dated:  March 21, 2019                         ANGELO, KILDAY & KILDUFF, LLP

                                               */s/ Kristin A. Blocher*
                                        By:_____
                                               BRUCE A. KILDAY
                                               KRISTIN A. BLOCHER
                                               Attorneys for Defendant CITY OF
                                               MARYSVILLE