Anthony D. Prince (State Bar No. 202892)
LAW OFFICES OF ANTHONY D. PRINCE
General Counsel, California Homeless Union
2425 Prince Street, Suite 100
Berkeley, California 94705
Telephone:     (510) 301-1472
E-Mail:         princelawoffices@yahoo.com

Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:     (916) 443-6911
Facsimile:     (916) 447-8336
E-Mail:         mark@markmerin.com
               paul@markmerin.com

Attorneys for Plaintiffs
BRIGITTE BUTCHER, BILLY REID,
JOLENE REID, SUSAN EXTEIN,
STANLEY EXTEIN, MICHAEL ELLIOT,
CRYSTAL MOTLEY, DICK VEIT,
DENNIS OWENS, DERECK DEMPSEY,
CARRIE ANTRAPP, WILBUR
BARTHOLOMEW, and ANNETTE SKEEN

BRUCE A. KILDAY, S.B. #66415
 Email: bkilday@akk-law.com
KRISTIN A. BLOCHER, S.B. #283730
 Email: kblocher@akk-law.com
ANGELO, KILDAY & KILDUFF, LLP
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendants
CITY OF MARYSVILLE, MARYSVILLE
POLICE DEPARTMENT, RICKY
SAMAYOA, and BRANT BORDSEN
(erroneously sued as BRENT BORSDEN)

PORTER | SCOTT
A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN 213301
Alex A. Smith, SBN 317224
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
COUNTY OF YUBA and
YUBA COUNTY CODE ENFORCEMENT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BRIGITTE BUTCHER, et al.,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>CITY OF MARYSVILLE, et al.,<br><br>　　　　Defendants. | Case No. 2:18-cv-02765-JAM-CKD<br><br>**STIPULATION FOR SETTING OF SETTLEMENT CONFERENCE; ORDER** |

Pursuant to E.D. Cal. L.R. 270, the parties—Plaintiffs Brigitte Butcher, Billy Reid, Jolene Reid, Susan Extein, Stanley Exstein, Michael Elliot Crystal Motley, Dick Veit, Dennis Owens, Dereck Dempsey, Carrie Antrapp, Wilbur Bartholomew, and Annette Skeen, on behalf of themselves and all

1

others similarly situated (collectively, "Plaintiffs"); City of Marysville, Marysville Police Department, Ricky Samayoa, and Brent Borsden (collectively, "City Defendants"); and Defendants County of Yuba and Yuba County Code Enforcement's (collectively, "County Defendants")—stipulate to the setting of a settlement conference.

The parties agree that a settlement conference shall be set on December 17, 2019, at 9:00 a.m., in Courtroom 25 (8th floor) of the Robert T. Matsui U.S. Courthouse, located at 501 I Street Sacramento, California 95814, before the Honorable Magistrate Judge Kendall J. Newman. The parties have reserved the agreed-upon date with Magistrate Judge Newman's Courtroom Deputy.

City Defendants conditionally agree to the stipulation. City Defendants' counsel, Bruce A. Kilday, is currently scheduled to start a trial in Modoc County Superior Court on December 9, 2019. It is likely that the matter will be resolved prior to trial, or that the trial will be reset. However, in the event that Mr. Kilday's attendance is required in Modoc County Superior Court on December 17, 2019, he will be unable to attend a settlement conference in this matter on that date. Accordingly, City Defendants conditionally agree to the stipulation setting the settlement conference on December 17, 2019, subject to providing notice to the Court that the settlement conference must be reset in event that Mr. Kilday later learns that he is unable to attend the settlement conference.

IT IS SO STIPULATED.

Dated: November 13, 2019

Respectfully Submitted,
LAW OFFICE OF MARK E. MERIN

*/s/ Mark E. Merin*

By: _____
Mark E. Merin

Attorneys for Plaintiffs
BRIGITTE BUTCHER, BILLY REID, JOLENE REID, SUSAN EXTEIN, STANLEY EXTEIN, MICHAEL ELLIOT, CRYSTAL MOTLEY, DICK VEIT, DENNIS OWENS, DERECK DEMPSEY, CARRIE ANTRAPP, WILBUR BARTHOLOMEW, and ANNETTE SKEEN

2

**STIPULATION FOR SETTING OF SETTLEMENT CONFERENCE**
*Butcher v. City of Marysville*, United States District Court, Eastern District of California, Case No. 2:18-cv-02765-JAM-CKD

| | | |
|---|---|---|
| 1 | Dated: November 13, 2019 | Respectfully Submitted, |
| 2 | | ANGELO, KILDAY & KILDUFF, LLP |
| 3 | | */s/ Bruce A. Kilday* |
| | | (as authorized on November 13, 2019) |
| 4 | | By: _____ |
| | | Bruce A. Kilday |
| 5 | | |
| | | Attorney for Defendants |
| 6 | | CITY OF MARYSVILLE, MARYSVILLE POLICE DEPARTMENT, RICKY |
| 7 | | SAMAYOA, and BRANT BORDSEN |
| | | (erroneously sued as BRENT BORSDEN) |
| 8 | | |
| 9 | Dated: November 13, 2019 | Respectfully Submitted, |
| | | **PORTER | SCOTT** |
| 10 | | |
| 11 | | */s/ John R. Whitefleet* |
| | | (as authorized on November 13, 2019) |
| 12 | | By: _____ |
| | | John R. Whitefleet |
| 13 | | |
| | | Attorney for Defendants |
| 14 | | COUNTY OF YUBA and |
| | | YUBA COUNTY CODE ENFORCEMENT |

3

# **ORDER**

The parties' stipulation is GRANTED. A settlement conference shall be set for December 17, 2019, at 9:00 a.m., in Courtroom 25 (8th floor) of the Robert T. Matsui U.S. Courthouse, located at 501 I Street Sacramento, California 95814, before the Honorable Magistrate Judge Kendall J. Newman.

IT IS SO ORDERED.

Dated: November 13, 2019

/s/ John A. Mendez

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT COURT JUDGE

4

**STIPULATION FOR SETTING OF SETTLEMENT CONFERENCE**
*Butcher v. City of Marysville*, United States District Court, Eastern District of California, Case No. 2:18-cv-02765-JAM-CKD