UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIGITTE R. BUTCHER et al., | No. 2:18-cv-02765-JAM-CKD |
| Plaintiffs, | ORDER |
| v. | |
| CITY OF MARYSVILLE, et al., | |
| Defendants. | |

A settlement conference in this matter was held on December 18, 2019. Counsel for plaintiffs, Anthony Prince and Mark Merin, were present with plaintiff Bryan Brown and members of the putative class. Defendants' counsel, Bruce Kilday, Gokalp Gurer, and John Whitefleet were present with representatives from defendants Yuba County and the City of Marysville and the associated entities.

Settlement discussions took place and no final settlement agreement was reached. However, the following deadlines[1] and arrangements were agreed to by all parties with the approval of the court:

- By December 23, 2019, the parties are to request from one another documents and information that would further settlement negotiations (including, but not limited to

---

[1] The parties agreed to complete all deadlines by 5:00 p.m. on each scheduled date.

1

helping define the potential class members), confirm the date of the next settlement conference (either February 3 or February 6, 2020), and defendants are to inform plaintiffs whether they will suspend enforcement of certain no-camping ordinances discussed at the conference;

- By January 6, 2020, parties may object to any informal discovery request;
- By January 13, 2020, the parties are to produce any requested documents or information, not subject to an objection, reasonably available or attainable by them;
- By January 21, 2020, parties are to make any supplemental request for documents or information;
- By January 28, 2020, the parties are to exchange supplemental responses from the January 21, 2020 requests, and defendants are to inform plaintiffs of the status of certain non-economic demands made by plaintiffs; and
- Two days before the next settlement conference (either February 3 or February 6, 2020), the parties may provide the court a supplemental settlement statement, if needed, addressing any material developments or additions to their prior settlement statement.

The parties are instructed not to file the above-referenced documents with the court, but to include the undersigned on the exchange of information in furtherance of settlement efforts. The parties are further instructed to use the undersigned's informal discovery dispute procedures in the event any dispute arises. However, the parties are encouraged to request and respond to requests in a reasonable and good-faith manner with an understanding that the parties are attempting to resolve this matter and provide each other with the information necessary to do so.

IT IS SO ORDERED

Dated: December 19, 2019

/2765/butc

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE