Anthony D. Prince (State Bar No. 202892)
LAW OFFICES OF ANTHONY D. PRINCE
 General Counsel, California Homeless Union
2425 Prince Street, Suite 100
Berkeley, California 94705
Telephone:     (510) 301-1472
E-Mail:        princelawoffices@yahoo.com

Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:     (916) 443-6911
Facsimile:     (916) 447-8336
E-Mail:        mark@markmerin.com
               paul@markmerin.com

Attorneys for Plaintiffs
BRIGITTE BUTCHER, BILLY REID,
JOLENE REID, SUSAN EXTEIN,
STANLEY EXTEIN, MICHAEL ELLIOT,
CRYSTAL MOTLEY, DICK VEIT,
DENNIS OWENS, DERECK DEMPSEY,
CARRIE ANTRAPP, WILBUR
BARTHOLOMEW, and ANNETTE SKEEN

BRUCE A. KILDAY, S.B. #66415
 Email: bkilday@akk-law.com
GÖKALP Y. GÜRER, S.B. #311919
 Email: ggurer@akk-law.com
GARRETT L. SEUELL, S.B. # 323175
 Email: gseuell@akk-law.com
ANGELO, KILDAY & KILDUFF, LLP
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendants
CITY OF MARYSVILLE, MARYSVILLE
POLICE DEPARTMENT, RICKY
SAMAYOA, and BRANT BORDSEN
(erroneously sued as BRENT BORSDEN)

PORTER | SCOTT
A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN 213301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
COUNTY OF YUBA and
YUBA COUNTY CODE ENFORCEMENT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BRIGITTE BUTCHER, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY OF MARYSVILLE, et al.,<br><br>    Defendants. | Case No. 2:18-cv-02765-JAM-CKD<br><br>**STIPULATION FOR EXTENSION TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; ORDER** |

1

The parties—Plaintiffs Brigitte Butcher, Billy Reid, Jolene Reid, Susan Extein, Stanley Exstein, Michael Elliot Crystal Motley, Dick Veit, Dennis Owens, Dereck Dempsey, Carrie Antrapp, Wilbur Bartholomew, and Annette Skeen, on behalf of themselves and all others similarly situated (collectively, "Plaintiffs"); Defendants City of Marysville, Marysville Police Department, Ricky Samayoa, and Brant Bordsen (collectively, "City Defendants"); and Defendants County of Yuba and Yuba County Code Enforcement's (collectively, "County Defendants")—submit the following stipulation for extension to file motion for preliminary approval of class action settlement.

## **STIPULATION**

WHEREAS, on December 18, 2019, and February 3, 2020, the parties and their counsel engaged in settlement conferences before Magistrate Judge Newman (ECF No. 43 & 48 [Minutes]);

WHEREAS, on February 3, 2020, the parties reached an agreement on the terms of a class action settlement agreement, contingent upon this Court's approval (ECF No. 48 [Minutes]);

WHEREAS, the Court ordered that a motion for preliminary approval of class action settlement shall be filed by April 15, 2020 (ECF No. 48 [Minutes]);

WHEREFORE, the parties and counsel continue to discuss and finalize the language of the settlement agreement, after which time signatures on the agreement must be obtain;

WHEREFORE, unforeseen circumstances, including the COVID-19 pandemic, have hindered and slowed to progress of the parties and counsel to finalize the language of the settlement agreement and to obtain signatures on the agreement;

\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \

2

**STIPULATION FOR EXTENSION TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**
*Butcher v. City of Marysville*, United States District Court, Eastern District of California, Case No. 2:18-cv-02765-JAM-CKD

1  NOW THEREFORE, the parties agree and stipulate that:

2  The time to file a motion for preliminary approval of class action settlement in this matter shall be
3  extended by fourteen (14) days, and the date by which the motion shall be filed is April 29, 2020.

4  IT IS SO STIPULATED.

5  Dated: April 15, 2020                    Respectfully Submitted,
                                            LAW OFFICE OF MARK E. MERIN

                                                 /s/ Mark E. Merin

                                            By: _____
                                                Mark E. Merin

                                                Attorneys for Plaintiffs
                                                BRIGITTE BUTCHER, BILLY REID,
                                                JOLENE REID, SUSAN EXTEIN,
                                                STANLEY EXTEIN, MICHAEL ELLIOT,
                                                CRYSTAL MOTLEY, DICK VEIT,
                                                DENNIS OWENS, DERECK DEMPSEY,
                                                CARRIE ANTRAPP, WILBUR
                                                BARTHOLOMEW, and ANNETTE SKEEN

Dated: April 15, 2020                       Respectfully Submitted,
                                            ANGELO, KILDAY & KILDUFF, LLP

                                                 /s/  Gökalp Y. Gürer
                                                (as authorized on April 15, 2020)
                                            By: _____
                                                 Gökalp Y. Gürer

                                                Attorney for Defendants
                                                CITY OF MARYSVILLE, MARYSVILLE
                                                POLICE DEPARTMENT, RICKY
                                                SAMAYOA, and BRANT BORDSEN
                                                (erroneously sued as BRENT BORSDEN)

Dated: April 15, 2020                       Respectfully Submitted,
                                            **PORTER | SCOTT**

                                                 /s/ John R. Whitefleet
                                                (as authorized on April 15, 2020)
                                            By: _____
                                                John R. Whitefleet

                                                Attorney for Defendants
                                                COUNTY OF YUBA and
                                                YUBA COUNTY CODE ENFORCEMENT

3

# **ORDER**

For good cause shown, the Court GRANTS the parties' stipulation, as follows:

The time to file a motion for preliminary approval of class action settlement in this matter shall be extended by fourteen (14) days, and the date by which the motion shall be filed is April 29, 2020.

IT IS SO ORDERED.

Dated:  April 15, 2020

                                              /s/ John A. Mendez_____
John A. Mendez
United States District Court Judge

4

**STIPULATION FOR EXTENSION TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**
*Butcher v. City of Marysville*, United States District Court, Eastern District of California, Case No. 2:18-cv-02765-JAM-CKD