UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIGITTE RAELYNN BUTCHER, et al., | No. 2:18-cv-02765-JAM-CKD |
| Plaintiffs, | |
| v. | ORDER |
| CITY OF MARYSVILLE, et al., | |
| Defendants. | |

Presently before the court are the appeals of four individuals (two of the individuals are a married couple) who were denied membership in the class in this matter.[1] On September 21, 2020, the court held a hearing regarding these appeals. Plaintiffs' counsel, Mark Merin and Anthony Prince, were present at the hearing, as were the individual claimants discussed below. Defendants appeared through Gokalp Gurer and Kavan Jeppson. Additionally, Brigitte Butcher, a representative for the committee formed to review potential class plaintiffs ("the Committee") (see ECF No. 51-2 ¶ 30) was present. Following the hearing and for the reasons discussed on the record, the court rules as follows.

Regarding the appeal of Jolene Reid, based on Ms. Reid's sworn testimony and Brigitte Butcher's statements that Ms. Reid suffered a loss that is contemplated by the settlement in this

---

[1] Pursuant to the terms of the settlement agreement reached in this case, a person may seek review from the rejection of the class before the undersigned. (ECF No. 51-2 ¶ 48.)

matter, the court REVERSES the Committee's original decision and ORDERS that Jolene Reid be placed in the "substantial" class as outlined in the settlement agreement. (ECF No. 51-2 ¶ 47.)

Regarding the appeals of Stanley and Susan Extein, the court AFFIRMS the Committee's decision. First, the undersigned agrees that the Committee could have provided clearer instructions regarding whether married couples were to file one joint claim or two individual claims. However, the court agrees that couples should have provided one joint claim because when reviewing the individual claims of Mr. and Mrs. Extein it is apparent that while they each claim some individual items, there are also redundant items on the two claims. Therefore, even considering the items of each individual that could have been included in a joint claim, the Committee properly classified their claim as substantial.

Regarding the appeal of Angelica Vera, the court AFFIRMS the Committee's denial of the claim. While the court is very sympathetic to Ms. Vera's plight and the losses she suffered, it is too speculative for the court to determine whether her losses were caused by defendants or due to an unrelated flood, and she admitted on the record that she has no information other than speculation. Accordingly, the court cannot reverse the Committee's decision as to Ms. Vera.

Accordingly, it is HEREBY ORDERED that:

1. The Committee's decision as to Jolene Reid is REVERSED; Jolene Reid shall be placed in the "substantial" class as discussed above.

2. The Committee's decision as to Stanley and Susan Extein is AFFIRMED.

3. The Committee's decision as to Angelica Vera is AFFIRMED.

IT IS SO ORDERED.

Dated:  September 22, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/ 2765.butcher